## Rainey v. Rainey.

(Decided September 21, 1911.)

### Appeal from Mercer Circuit Court.

Appeals—Transmission.—The Court of Appeals will not require the clerk of the circuit court to transmit to this court the original papers of a case when an inspection of the papers is not necessary to a decision of the appeal. It will only require such bulky parts of the record transmitted as are so large that to copy them would cause great cost and delay.

ROBERT HARDING, EMMETT PURYEAR for appellant.

J. T. WILSON and W. J. PRICE for appellee.

OPINION OF THE COURT BY CHIEF JUSTICE HOBSON— Overruling motion for a subpoena duces tecum.

Appellant has entered a motion that the court order a subpoena duces tecum issued directing the clerk of the Mercer Circuit Court to transmit to the clerk of this court the pleadings, depositions and exhibits in this action and another case consolidated with it, for the purpose of their being used as a part of the record on this appeal, and thereafter returned to the Mercer Circuit Court, the motion being based on the ground that the record is large, that the copying of it will cause great cost and delay, and that appellant has no property with which to defray the cost.

The purpose of having transcripts made on appeal to this court is that the original record shall remain in the circuit clerk's office, and shall not be subjected to the risks of loss in being brought to this court and returned after the decision of the appeal. Section 743 of the Code provides:

"The Court of Appeals, if satisfied that a view of any part of a record may be important to a correct decision of an appeal; or that the copying of any part of

a record would cause great and unnecessary delay, may, by a writ of subpoena duces tecum directed to the clerk of the inferior court, cause him to transmit such part of the record to the clerk of the Court of Appeals. It shall be identified by the clerk of the inferior court, by his certificate endorsed thereon or appended thereto; and, after the cause shall have been decided by the Court of Appeals, shall be returned by its clerk to the clerk of the inferior court. The cost of such transmission and return shall be paid by the party at whose instance the transmission is made, and be taxed as part of the costs."

Unless a view of the papers is important to a correct decision of the appeal, the court will not, except in extreme cases, order the original papers brought here. It will not in such cases order pleadings or small papers brought here, but only bulky parts of the record such as a book or the like, the copying of which will cause great and unnecessary cost or delay. The showing here does not warrant the writ.

Motion overruled.